```
                                FILED
                    CLERK, U.S.D.C. SOUTHERN DIVISION

                            SEP 1 2 2008

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Spears DEFENDANT(S). | CASE NUMBER SA08-452 M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of **def**, IT IS ORDERED that a detention hearing is set for **Wednesday**, **9/17/08**, at **10:00** ☒ a.m. / ☐ p.m. before the Honorable **Robert N Block**, in Courtroom **6B**.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: **9/12/08**                    _____
                                      U.S. District Judge/Magistrate Judge