FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP 1 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Spears DEFENDANT(S). | CASE NUMBER SA08-452 M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __def__, IT IS ORDERED that a detention hearing is set for __Wednesday__, __9/17/08__, at __10:00__ ☒a.m. / ☐p.m. before the Honorable __Robert N Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __9/12/08__                    _____
                                      U.S. District Judge/Magistrate Judge

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                Page 1 of 1